## No. 14,183.

### KISTLER v. KISTLER.
(82 P. [2d] 1117)

Decided July 11, 1938.  Rehearing denied September 19, 1938.

Judgment affirmed in department without written opinion, Mr. Chief Justice Burke, Mr. Justice Bakke, Mr. Justice Knous and Mr. Justice Holland participating.

Messrs. IRELAND & BLACKMAN, Messrs. ENOS, SHERMAN & MORRATO, for plaintiff in error.

Messrs. PONSFORD & PENDER, Messrs. VAN CISE, ROBINSON & CHARLTON, for defendant in error.